# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number:  AU:12-CR-00215(3)-SS |
| | § | |
| (3) Fernando Lopez | § | |
| *Defendant* | | |

## ORDER

  The above named defendant appeared in Court this day and requested the Court to appoint counsel. The Court has reviewed the defendant's CJA 23 financial affidavit and has determined that the indigency of the defendant is in question. However, in the interests of justice, the Court has decided to appoint an attorney for the defendant and has advised the defendant that he/she may be required to reimburse the Government for the costs of appointed counsel upon completion of the case.

  THEREFORE, IT IS ORDERED that upon any finding of guilt in regards to these current charges, the U.S. Probation Office is instructed to make financial inquiries of the defendant to determine if he/she can repay the costs of court-appointed counsel. The U.S. Probation Office shall report it's findings to the judicial officer assigned to the case prior to any sentencing.

  Signed this 12th day of June, 2012.

_____
MARK LANE
U.S. MAGISTRATE JUDGE